# MEMORANDUM DECISIONS.

ALLEN, Appellant, v. KELLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by John S. Allen against Frank X. Kelley, as administrator, etc. No opinion. Judgment affirmed, with costs, on authority of same case, reported in 55 App. Div. 454, 67 N. Y. Supp. 97. All concur, except WILLIAMS, J., dissenting.

ANDREWS, Respondent, v. DELHI & STAMFORD TEL. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Samuel W. Andrews against the Delhi & Stamford Telegraph Company. No opinion. Judgment (72 N. Y. Supp. 50) unanimously affirmed, with costs.

BAIR, Respondent, v. HILBERT, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by Lee S. Bair against Anton Hilbert. From a judgment in favor of plaintiff, defendant appeals. Reversed. George Ryall, for appellant. Joseph J. Robinson, for respondent.

PER CURIAM. This judgment must be reversed for the error in excluding the evidence of the conversation between the parties as to the effect which the bankruptcy proceedings were to have upon the renewal of the engagement for work during the year ending May 1, 1899. We are bound to assume from the condition of the record that the appellant might have proven, had he been allowed to testify fully as to this conversation, that it was agreed between the parties at that time that the advances on account of the current year's salary should not be regarded as discharged by the bankruptcy proceedings. Judgment reversed, and new trial ordered; costs to abide the event.

BAIRD et al., Respondents, v. ALLEN et al., Appellants. (Supreme Court, Appellate Division, First Department. November, 1901.) Action by John S. Baird and others, as trustees of the will of John Baird, deceased, against Kate F. Allen and others. From a judgment for plaintiffs, and from an order denying a new trial, defendants appeal. Affirmed. John C. Shaw, for appellants. William R. Wilder, for respondents.

INGRAHAM, J. The questions presented in this case are similar to those presented in the case of Baird v. Campbell (decided herewith) 73 N. Y. Supp. 617; and, for the reasons stated in the opinion in that case, the judgment and orders are affirmed, with costs. All concur.

BALLARD et al., Appellants, v. BEVERIDGE, Respondent. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Virginius Ballard and another against Alvin Beveridge. C. F. Brown, for appellants. D. McClure, for respondent. No opinion. Judgment affirmed, with costs.

BALL ENGINE CO., Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the Ball Engine Company against Selwyn M. Blake. No opinion. Judgment unanimously affirmed, with costs.

BARRY, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by John J. Barry against the village of Port Jervis. No opinion. Motion denied.

BARTS, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Theresa Barts against the Yonkers Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEECHWOOD, Appellant, v. BLUMM, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by George S. Beechwood against George F. Blumm. No opinion. Judgment unanimously affirmed, with costs.

BEECKMAN, Respondent, v. FARMER, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Gilbert L. Beeckman against Mary W. Farmer. B. Yates, for appellant. M. Jacobs, for respondent. No opinion. Judgment and order affirmed, with costs.

BENSINGER, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Cornelia Bensinger, as administratrix, etc., of William Bensinger, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BIEBER. (Supreme Court, Appellate Division, First Department. December 13, 1901.) In the matter of Joseph Bieber. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply to court below to open default.